**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

CHRISTOPHER WILLIAM COUGHENOUR,

Plaintiff,

v.

FRANK BISIGNANO, Commissioner of Social Security,

Defendant.

Case No. 1:26-cv-3671 JLT EPG

ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT, AND TERMINATING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS MOOT

(Docs. 11, 12)

Christopher William Coughenour and Frank Bisignano, Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 12.) Pursuant to the stipulation, an administrative law judge shall "offer Plaintiff the opportunity to submit additional evidence, take further action to develop the administrative record, as necessary, and issue a new decision." (*Id.* at 1.) The parties also stipulate that the Court shall enter judgment in favor of Plaintiff and against the Commissioner. (*Id.* at 1-2.)

Based upon the terms of the stipulation, the Court **ORDERS**:

1. Plaintiff's motion for summary judgment (Doc. 11) is terminated as **MOOT**.

///

2. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

3. The Clerk of Court is directed to enter judgment in favor of Plaintiff Christopher William Coughenour and against Defendant Frank Bisignano, Commissioner of Social Security, and to close this case.

IT IS SO ORDERED.

Dated: _August 17, 2026_

UNITED STATES DISTRICT JUDGE