**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER WILLIAM COUGHENOUR,<br>Plaintiff,<br>v.<br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br>Defendant. | Case No.: 1:26-cv-3671 JLT EPG<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 15) |

Christopher William Coughenour and Frank Bisignano, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $9,800.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. (Doc. 15 at 1-2.)

Accordingly, the Court **ORDERS**: Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees in the amount of $9,800.00 pursuant to 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated: August 25, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE